# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

RAUL ROY VASQUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-903

———————————————

September 22, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.